Jack Gerritsen
NAME

29469-112
PRISON IDENTIFICATION/BOOKING NO.

Fed, Corr, Inst, Term, Island CA
ADDRESS OR PLACE OF CONFINEMENT

P.O. Box 3007, Term Island 90731

Note: If represented by an attorney, provide name, address & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.*

FILED

2009 APR -3 PM 12: 22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CA.
LOS ANGELES

BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jack Gerritsen                    (53c)

FULL NAME (Include name under which you were convicted)

Petitioner,

A. Washington —— v. Arduci
R. Young,
Joseph K. Woodring / His Successor

NAME OF WARDEN, (or other authorized person having custody of petitioner)

Respondent.

CASE NUMBER:

CV 09-2338 ODW (E)
To be supplied by the Clerk of the United States District Court

CR 05-466 R.G.K
Criminal case under which sentence was imposed.

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY**
**(28 U.S.C § 2241)** or
**(28.U.S.C §2255)**

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by *the petitioner, under* penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of *a mate*rial fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No.9.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies, must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

LODGED
CLERK, U.S. DISTRICT COURT

APR - 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C § 2241)

CV-27 (02/05)

Page 1 of 7

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction.
2. ☐ a sentence.
3. ☒ jail or prison conditions.
4. ☒ prison discipline.
5. ☐ a parole problem.
6. ☐ other.

## PETITION

1. Place of detention *Federal Correctional Instatution, Terminal Island CA 90731*

2. Name and location of court which imposed sentence
   *U.S. District Court, Los Angeles CA*

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   a. *Unknown*
   b. _____
   c. _____

4. The date upon which sentence was imposed and the terms of the sentence:
   a. *18 Sept 2006    84 months incarceration*
   b. *18 Sept 2006    $15,000 fine*
   c. *18 Sept 2006    3 years supervised release*

5. Check whether a finding of guilty was made:
   a. ☐ After a plea of guilty
   b. ☒ After a plea of not guilty
   c. ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   a. ☒ a jury
   b. ☐ a judge without a jury

7. Did you appeal from the judgment of conviction or the imposition of sentence? ☒ Yes ☒ No

8. If you did appeal, give the following information for each appeal:

   CAUTION:   *If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. §2255 in the federal court which entered the judgment.*

   a. (1) Name of court *United States, Ninth Circuit Court of Appeals*
      (2) Result *Unknown (pending)*
      (3) Date of result *Submitted on 13 Jan 2009*
      (4) Citation or number of opinion _____

---

(5) Grounds raised (*list each*):

(a) *Inadequate warning of dangers of appearing PRO SE*

(b) *Incorrect statements by AUSAs of possible sentence*

(c) _____

(d) _____

b. (1) Name of court _____

(2) Result _____

(3) Date of result _____

(4) Citation or number of opinion _____

(5) Grounds raised (*list each*):

(a) _____

(b) _____

(c) _____

(d) _____

9. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION:   *If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time and place.*

a.   Ground one: *The warden/his successor has censored my outgoing mail to stop political and unwelcome opinions from being dispursed.*

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

*(See attached single page behind this page)*

*7 A. Washington Arduci*

b.   Ground two: *Warden Woodring's successor as of 17 March 2009 is, R. Young, causing a change in the caption (page 1 of ___)*

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

*R. Young, on 17 March 2009, served me with a page affirming the order of Woodring, "... not to use postage prepaid cards in an inappropriate manner..." which, "...will result in administrative discipline..."*

Supporting Facts:

On 6 March 2008 Warden Woodring ordered me in writing that any attempt to mail any "prepaid" Business Reply Mail cards provided for the intent of conducting business and not with the intent of political activism and voicing your political views; "... will result in administrative discipline..."

Subsequently on 7 July 08 I was charged with violations of B.O.P. regulations, "410 Unauthorized use of mail" 3 counts and B.O.P. 307 Refusing to obey an order of any staff member, 3 counts. At a hearing those charges were affirmed and I have remained within a High Security Housing Unit to this date, more than 8 months.

Administrative appeals have been exhausted, the Warden's order was affirmed by the B.O.P. Region and an appeal to BOP National in Wash. D.C., my claim that the order violated "... Constitutional Rights under the First Amendment was denied on 8 Dec 2008

c. Ground three: *Captain E.J. Cottrell issued an expanded order on 30 Jan 2009 restricting further F.A. rights of Federal Prisoners.*

Supporting FACTS (tell your story BRIEFLY without citing cases or law): *Captain Cottrell, under the immediate supervision of the warden informed me on 30 Jan 2009 that: "In addition your [any] correspondence containing such propaganda will be rejected by the mail room, this includes correspondence to dignitaries," in writing.*

d. Ground four: *I am being punished for exercise of F.A. rights.*

Supporting FACTS (tell your story BRIEFLY without citing cases or law): *On 25 June 2008 I was placed in a High Security Housing Unit, "for investigation". On 30 Jan 2009 Capt. Cottrell informed me that I was still at that time here "for investigation". But the various orders and charges brought, alleged Unauthorized use of the Mail with political messages (See grounds 1, 2, 3, above)*

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?    ☐ Yes ☐ No

11. If your answer to Question No. 10 was yes, give the following information:

   a.  (1) Name of Court _____

       (2) Nature of proceeding _____

       (3) Grounds raised _____

       _____

       _____

       _____

       _____

       (4) Result _____

       (5) Date of result _____

       (6) Citation or number of any written opinions or orders entered pursuant to each disposition.

       _____

       _____

       _____

       _____

b.  (1) Name of Court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

(4) Result _____

(5) Date of result _____

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

_____

_____

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

_____

_____

_____

_____

_____

_____

13. Are you presently represented by counsel?   ☐ Yes   ☐ No

If so, provide name, address and telephone number _____

_____

Case name and court _____

_____

14. If you are seeking leave to proceed in forma pauperis, have you completed the declaration setting forth the required information?    ☐ Yes   ☒ No

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __16 March 2009__                Jack Gerritsen _____
　　　　　　　　　　*Date*                               *Signature of Petitioner*



**TERRY NAFISI**

District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Friday, April 03, 2009

**JACK GERRITSEN**
**29469-112**
**P.O. BOX 3007**
**TERMINAL ISLAND, 90731**


Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number
CV09- 2338 ODW (E)


A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case
number                    and also assigned the civil case number

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

[ ] District Court Judge _____

[X] Magistrate Judge _____ **Charles Eick** _____

at the following address:

[X]  U.S. District Court
     312 N. Spring Street
     Civil Section, Room G-8
     Los Angeles, CA  90012

[ ] Ronald Reagan Federal
    Building and U.S. Courthouse
    411 West Fourth St., Suite 1053
    Santa Ana, CA  92701-4516
    (714) 338-4750

[ ]  U.S. District Court
     3470 Twelfth Street
     Room 134
     Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your
address of record is returned undelivered by the Post Office, and if the Court and opposing counsel
are not notified in writing within fifteen (15) days thereafter of your current address, the Court may
dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: _____
            JSZABO

Deputy Clerk

CV-17 (01/01)          **LETTER re FILING H/C PETITION or 28/2255 MOTION**



**TERRY NAFISI**

District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-3535

Friday, April 03, 2009

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

JACK GERRITSEN
29469-112
P.O. BOX 3007
TERMINAL ISLAND, 90731

Dear Sir/Madam:

Your petition has been filed and assigned civil case number     CV09- 2338 ODW (E)

Upon the submission of your petition, it was noted that the following discrepencies exist:

☒ 1. You did not pay the appropriate filing fee of $5.00.  Submit a cashier's check, certified bank
check, business or corporate check, government issued check, or money order drawn on a major
American bank or the United States Postal Service payable to 'Clerk U.S. District Court'.  If
you are unable to pay the entire filing fee at this time, you must sign and complete this
court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its
entirety.  The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover,
American Express) for filing fees and miscellaneous fees.  Credit card payments may be made at
all payment windows where receipts are issued.

☒ 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

☐ (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

☐ (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its
entirety.

☒ (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized
officer at the prison.

☐ (d) You did not use the correct form.  You must submit this court's current Declaration in
Support of Request to Proceed in Forma Pauperis.

☐ (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in
Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court

JSZABO

By: _____

Deputy Clerk