UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACK GERRITSEN, | ) | NO. CV 09-2338-ODW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| A. WASHINGTON ARDUCI, | ) | |
| Respondent. | ) | |

Pursuant to the Order Denying and Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 9, 2009.

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE